RUDOLPH HEISER, Respondent, *v.* CINCINNATI ABATTOIR COMPANY, Appellant.

*Heiser* v. *Cincinnati Abattoir Co.*, 154 App. Div. 891, affirmed.
(Argued April 1, 1914; decided April 21, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained

by plaintiff through the negligence of defendant, his employer.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Henry G. K. Heath* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.